UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE LAMONT MOORE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>H. A. RIOS,<br><br>　　　　Respondent. | Case No.: 1:11-cv-01446-LJO-JLT<br><br>ORDER GRANTING PETITIONER'S MOTION TO ENLARGE THE TIME TO FILE HIS NOTICE OF APPEAL (Doc. 21)<br><br>ORDER DIRECTING CLERK OF THE COURT TO SERVE THE NINTH CIRCUIT WITH THIS ORDER |

Petitioner is a federal prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**PROCEDURAL HISTORY**

The instant petition was filed on August 29, 2011. (Doc. 1). On November 7, 2011, Respondent filed a motion to dismiss the petition. (Doc. 13). On January 12, 2012, the Magistrate Judge entered Findings and Recommendations to grant the motion to dismiss and dismiss the petition. (Doc. 15). On February 23, 2012, the district court judge adopted those Findings and Recommendations, entered judgment against Petitioner, and ordered the file closed. (Doc. 17). On May 22, 2012, Petitioner filed a motion for reconsideration. (Doc. 19). On May 25, 2012, the District Judge denied Petitioner's motion for reconsideration. (Doc. 20).

Thereafter, Petitioner filed a notice of appeal in the Ninth Circuit on June 6, 2012. (Doc. 21). By order dated June 18, 2012, the Ninth Circuit, noting that the Notice of Appeal was not filed within

sixty days of the entry of judgment, ruled that its review was limited to the denial of Petitioner's motion for reconsideration. (Doc. 28). On August 13, 2012, after Petitioner apparently filed a motion for reconsideration of that order in the Ninth Circuit, that court granted the motion based on Petitioner's representation that he never received a copy of the Court's entry of judgment; construed Petitioner's representation as a request to reopen the time to appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6); and remanded the matter to this Court for the limited purpose of ruling on Petitioner's request for enlarge the time for filing his notice of appeal. (Doc. 29).

Assuming, without deciding, that Petitioner's representation that he did not timely receive notice of entry of judgment is truthful, the Court grants his motion to extend time for filing the notice of appeal up to an including June 6, 2012.

**ORDER**

For the foregoing reasons, the Court HEREBY ORDERS as follows:

1. Petitioner's notice of appeal, construed by the Ninth Circuit as a motion to enlarge time for filing a notice of appeal (Doc. 21), is GRANTED;
2. The time for Petitioner to file his notice of appeal is enlarged up to and including June 6, 2012;
3. The Clerk of the Court is DIRECTED to serve this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **August 16, 2012**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE